STATE of Missouri, Respondent,

v.

Mark Stephen EDWARDS, Appellant.

No. WD 37766.

Missouri Court of Appeals,
Western District.

Sept. 23, 1986.

David Rahm, Rahm, Rahm, Crawford & Rahm, Marshall, for appellant.

Gary W. Smith, and Hugh Harvey, Asst. Pros. Attys., Marshall, for respondent.

Before CLARK, C.J., and NUGENT and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Appeal from jury trial conviction of driving while intoxicated pursuant to § 577.010, RSMo.Cum.Supp.1984.

Judgment affirmed. Rule 30.25(b).